IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

CARNELL AGNEW,     *
                        *
     Petitioner,      *
                        *
     v.                     *     CV 319-012
                        *
LINTON DELOACH, Warden,     *
                        *
     Defendant.      *

O R D E R

On February 21, 2019, this Court dismissed Petitioner Carnell Agnew's petition filed pursuant to 28 U.S.C. § 2254 because it was untimely. In fact, it was filed more than ten years after his state convictions became final. Presently, Petitioner has filed a motion for reconsideration of the Dismissal Order.

A motion for reconsideration filed within thirty (30) days of the entry of judgment is considered under Federal Rule of Civil Procedure 59(e). "The only grounds for granting a rule 59(e) motion are newly discovered evidence or manifest error of law or fact." Arthur v. King, 500 F.3d 1335, 1343 (11th Cir. 2007). A Rule 59(e) motion is not intended as a vehicle to re-litigate old matters, raise new arguments or present evidence that could have been raised prior to the entry of judgment. Michael Linet, Inc. v. Village of Wellington, Fla., 408 F.3d 757, 763 (11th Cir. 2005).

Here, Petitioner has not presented any new evidence or advanced any new ground that has not already been considered by the Magistrate Judge in the Report and Recommendation. He does nothing to rebut the Magistrate Judge's well-supported conclusion that the § 2254 petition is untimely; instead, he simply rehashes arguments already made.

Because Petitioner has not established any reason to disturb the Dismissal Order of February 21, 2019, his motion for reconsideration (doc. no. 14) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia this 11th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE